IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

SUZANNE M. BARENDRICK,          )
                                          )
          Plaintiff,            )   TC-MD 120674C
                                            )
          v.                   )
                                          )
DEPARTMENT OF REVENUE,       )
State of Oregon,                   )
                                          )
          Defendant.       )   **DECISION OF DISMISSAL**

This matter is before the court on Defendant's Motion to Dismiss (Motion), filed July 31, 2012, requesting that Plaintiff's appeal be dismissed as untimely. A case management hearing was held on September 10, 2012.

Defendant issued a Notice of Proposed Refund Adjustment and/or Distribution on February 27, 2012, which became final on March 3, 2012. (Def's Mot at 1.) The Complaint was filed on July 5, 2012. This interval is longer than the 90 days required by ORS 305.280(2), which provides:

> "An appeal under ORS 323.416 or 323.623 or from any notice of assessment or refund denial issued by the Department of Revenue with respect to a tax imposed under ORS chapter 118, 308, 308A, 310, 314, 316, 317, 318, 321 or this chapter, or collected pursuant to ORS 305.620, shall be filed within 90 days after the date of the notice. An appeal from a proposed adjustment under ORS 305.270 shall be filed within 90 days after the date the notice of adjustment is final."

The court is not aware of any circumstances that extend the statutory limit of 90 days. Defendant's Motion is granted. Now, therefore,

/ / /

/ / /

/ / /

DECISION OF DISMISSAL  TC-MD 120674C           1

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is granted, and Plaintiff's appeal is dismissed.

Dated this ____ day of September 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Dan Robinson on September 11, 2012. The Court filed and entered this document on September 11, 2012.*